1  **CAROL ANN MOSES #164193**
   Attorney at Law
2  545 East Alluvial, Suite 112
   Fresno, California 93720
3  Telephone (559) 449-9069
   Facsimile (559) 449-9016
4

5  Attorney for Defendant, WILLIAM GLEASON

6

7

8                    UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10 UNITED STATES GOVERNMENT,      )    CASE #6:05-mj-0029-WMW
                                  )
11           Plaintiff,            )
                                  )    STIPULATION TO CONTINUE
12                                )    TRIAL UNTIL SEPTEMBER 14, 2005
                                  )
13 vs                              )
                                  )
14                                )
                                  )
15 WILLIAM GLEASON                 )
                                  )
16           Defendant.            )
   _____)
17                                 )

18       IT IS HEREBY STIPULATED by and between the Defendant, WILLIAM GLEASON,

19 his Attorney of record, Carol Ann Moses, and the Legal Officer for the United States

20 Government, ELIZABETH WALDOW, that the Trial in the in the above-captioned matter

21 currently scheduled for August 3, 2005, at 10:00 a.m. be continued until September 14, 2005  at

22 10:00 a.m.

23 Dated: June 27,  2005

24                                          By:  /S/ Carol Ann Moses
                                                  CAROL ANN MOSES
25                                                Attorney for Defendant
                                                  WILLIAM GLEASON
26 Dated: June 24, 2005
                                             By:  /S/ Elizabeth Waldow
27                                                Elizabeth Waldow
                                                  Legal Officer for
28                                                United States Government
                                                  As authorized on 6/24/05

                                     1
           STIPULATION TO CONTINUE  STATUS CONFERENCE AND ORDER THEREON

1
2                                           * * * ORDER * * *
3          The Court, having reviewed the above request for a Continuance of Trial until September
4    14, 2005 and Order Thereon, HEREBY ORDERS AS FOLLOWS:
5          1.      The Trial for Defendant, WILLIAM GLEASON, shall be continued to
6                  September 14, 2005 at 10:00 a.m.
7    Dated: _____, 2005
                                                        By: _____
8                                                           WILLIAM M WUNDERLICH
                                                            United States Magistrate Judge
9
                                             IT IS SO ORDERED.
10
            **Dated:   June 28, 2005           /s/  William M. Wunderlich**
11                    mmkd34UNITED STATES MAGISTRATE JUDGE