**CAROL ANN MOSES #164193**
Attorney at Law
545 East Alluvial, Suite 112
Fresno, California 93720
Telephone (559) 449-9069
Facsimile (559) 449-9016

Attorney for Defendant, WILLIAM GLEASON

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES GOVERNMENT, | ) | CASE #6:05-mj-00029-WMW |
|---|---|---|
| Plaintiff, | ) | |
| | ) | STIPULATION TO CONTINUE |
| | ) | TRIAL CONFIRMATION UNTIL |
| vs | ) | AUGUST 30, 2005 |
| | ) | |
| WILLIAM GLEASON | ) | |
| Defendant. | ) | |

   IT IS HEREBY STIPULATED by and between the Defendant, WILLIAM GLEASON, his Attorney of record, Carol Ann Moses, and the Legal Officer for the United States Government, CASEY BONNER, that the Trial Confirmation in the above-captioned matter currently scheduled for August 23, 2005, at 10:00 a.m. be continued until August 30, 2005 at 10:00 a.m.

Dated: August 18, 2005

By: /S/ Carol Ann Moses
CAROL ANN MOSES
Attorney for Defendant
WILLIAM GLEASON

Dated: August 18, 2005

By: /S/ Casey Bonner
Casey Bonner
Legal Officer for
United States Government

---

1
STIPULATION TO CONTINUE  STATUS CONFERENCE AND ORDER THEREON

1
2                              * * * ORDER * * *
3      The Court, having reviewed the above request for a Continuance of Trial Confirmation
4 until August 30, 2005 and Order Thereon, HEREBY ORDERS AS FOLLOWS:
5      1.     The Trial Confirmation for Defendant, WILLIAM GLEASON, shall be
6             continued to August 30, 2005 at 10:00 a.m.
7                              IT IS SO ORDERED.
8      **Dated:** <u>**August 19, 2005**</u>       <u>/s/ William M. Wunderlich</u>
                  mmkd34UNITED STATES MAGISTRATE JUDGE